# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

       VS                             CASE NO. 3:11cr37-001/LAC

LEROY LYMONS

## REFERRAL AND ORDER

Referred to Judge Collier on    August 31, 2020
Type of Motion/Pleading    MOTION FOR APPOINTMENT OF COUNSEL

Filed by: Defendant   on   8/31/2020   Doc. No. 451
____ Stipulated/Consented/Joint Pleading/Unopposed
Response: _____ on _____ Doc. No. _____

                  JESSICA J. LYUBLANOVITS
                  CLERK OF COURT
                  /s/ *Keri Igney*
                  Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 9th day of September, 2020 that:

(a) The requested relief is **DENIED**.

                  s/*L.A. Collier*
                  LACEY A. COLLIER
                  SENIOR UNITED STATES DISTRICT JUDGE